UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:09-cr-00127-LJM-MJD |
| ) | |
| AARON LATHAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Aaron Latham's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant Aaron Latham's supervised release is REVOKED; and

2. The defendant Aaron Latham is sentenced to a period of 366 days' (12 months and one day) incarceration in the United States Bureau of Prisons with NO supervised release to follow.

DONE AND ORDERED in Indianapolis, Indiana, this 31st day of January, 2013.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe H. Vaughn
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204
joe.vaughn@usdoj.gov

William H. Dazey, Jr.
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204
bill.dazey@fd.org

U. S. Parole and Probation

U. S. Marshal Service